In the Matter of SHAHRAM DAVID LAVIAN, Petitioner, v HERMAN CAHN, Respondent. [872 NYS2d 687]—Application for an

order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Buckley, Acosta and Freedman, JJ.